# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>   Plaintiff,<br><br>  v.<br><br>Beau Mathews-Amos,<br><br>   Defendant. | 3:18-CR-00083-MMD-WGC<br><br>**Order RE:**<br><br>**Stipulation to Extend Time to File Response to Defendant's Motion to Dismiss [ECF #23] First Request** |

IT IS HEREBY STIPULATED AND AGREED by and through NICHOLAS A. TRUTANICH, United States Attorney for the District of Nevada, RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, and LAUREN GORMAN, Assistant Federal Public Defender, counsel for Defendant BEAU MATHEWS-AMOS, to extend the time in which the Government's Response to Defendant's Motion to Dismiss [ECF #23], is due from July 22, 2019 to August 13, 2019. This is the first request for an extension. Trial is currently set for September 24, 2019, and calendar call is set for September 16, 2019.

/ / /

1

The counsel for the Government will be out of the office two different periods of time over next couple of weeks; hence, the continuance is necessary for the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: July 22, 2019.

| | |
|---|---|
| NICHAOLAS A. TRUTANICH<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney | /s/ *Lauren Gorman*<br>LAUREN GORMAN<br>Assistant Federal Public Defender<br>Counsel for Defendant |

**IT IS SO ORDERED.**

DATED: July __24__, 2019.

**U.S. DISTRICT JUDGE**